1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   PEGGY SASSO, Bar #228906
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MARTIN ORNELAS-MALDONADO

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )  Case No.  1:13-cr-0275 AWI
                                      )
12        *Plaintiff,*                )  STIPULATION RE COMPETENCY TO
                                      )  STAND TRIAL (18 U.S.C. § 4241(d)); ORDER
13   vs.                             )
                                      )
14   MARTIN ORNELAS-MALDONADO,        )
                                      )
15        *Defendant.*                )  DATE:  November 4, 2013
                                      )  TIME:   10:00 a.m.
16   _____ )  JUDGE: Anthony W. Ishii

17        Based on the psychiatric examination and report of Dr. Claudia Cerda, it appears

18   pursuant to 18 U.S.C. §§ 4241(d) that there is reasonable cause to believe that Mr. Ornelas-

19   Maldonado is presently suffering from a mental disease or defect rendering him mentally

20   incompetent to the extent that he is unable to understand the nature and consequences of the

21   proceedings against him or to assist properly in his defense

22        Pursuant to 18 U.S.C. § 4241(d)(1), the parties request the court commit the defendant to

23   the custody of the Attorney General.  The Attorney General shall hospitalize the defendant for

24   treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as

25   is necessary to determine whether there is a substantial probability that in the foreseeable future

26   he will attain the capacity to permit the trial to proceed.

27

28        At the end of the four month  period, the director of the facility will certify that Mr.

                                      -1-

1   Ornelas-Maldonado has  attained the capacity to permit the trial to proceed or that his condition

2   has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court

3   shall hold a hearing pursuant to the provisions of 18 U.S.C. §4247 (d).  All time will be excluded

4

5   in computing the time within which the trial of Defendant's current offense must commence

6   pursuant to 18 U.S.C. §§ 3161(h)(1)(A) & (h)(4).

                                                Respectfully submitted,
7

8                                               BENJAMIN B. WAGNER
                                                United States Attorney
9

10  DATED: October 31, 2013              By:    */s/ Mia A. Giacomazzi*
                                                MIA A. GIACOMAZZI
11                                              Assistant United States Attorney
                                                Attorney for Plaintiff
12

13                                              HEATHER E. WILLIAMS
                                                Federal Defender
14

15  DATED: October 31, 2013              By:    */s/ Peggy Sasso*
                                                PEGGY SASSO
16                                              Assistant Federal Defender
                                                Attorneys for Defendant
17                                              MARTIN ORNELAS-MALDONADO

18

19

20

21                                **O R D E R**

22

23  IT IS SO ORDERED.

24  Dated:   November 1, 2013          _____

25                                      SENIOR  DISTRICT  JUDGE

26

27

28

                                    -2-