HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN ORNELAS-MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-0275 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |
| vs. | ) ) | |
| MARTIN ORNELAS-MALDONADO, | ) ) | DATE:  June 2, 2014 TIME:   10:00 a.m. |
| Defendant. | ) ) ) | JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Ornelas-Maldonado, that the status conference set for March 10, 2014 **may be rescheduled to June 2, 2014 at 10:00 a.m.**

Mr. Ornelas-Maldonado is currently committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4247(d), and is housed at FMC Butner.  Pursuant to a letter this Court received from Acting Warden Ormond dated February 13, 2014, Mr. Ornelas-Maldonado will complete his time at FMC Butner on or about April 21, 2014.  It is expected that transportation back to Fresno will take approximately six weeks.  The requested continuance will conserve time and resources for both counsel and the court.

-1-

All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(F), (h)(4), (h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 19, 2014         By:    /s/ Mia A. Giacomazzi
                                        MIA A. GIACOMAZZI
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 19, 2014         By:    /s/ Peggy Sasso
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        MARTIN ORNELAS-MALDONADO


**O R D E R**

IT IS SO ORDERED.

Dated:   February 19, 2014         _____
                                   SENIOR DISTRICT JUDGE