1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARTIN ORNELAS-MALDONADO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No.  1:13-cr-0275 AWI
                                   )
12              Plaintiff,         )  STIPULATION TO CONTINUE STATUS
                                   )  CONFERENCE;  ORDER
13      vs.                        )
                                   )
14  MARTIN ORNELAS-MALDONADO,      )  DATE:  July 21, 2014
                                   )  TIME:   10:00 a.m.
15              Defendant.         )  JUDGE: Anthony W. Ishii
                                   )
16  _____ )

17      **IT IS HEREBY STIPULED** by and through the parties through their respective counsel,

18  Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal

19  Defender Peggy Sasso, Counsel for Defendant Martin Ornelas-Maldonado, that the status

20  conference set for June 2, 2014 **may be rescheduled to July 21, 2014 at 10:00 a.m.**

21      Mr. Ornelas-Maldonado is currently committed to the custody of the Attorney General

22  pursuant to 18 U.S.C. § 4247(d), and is housed at the FMC Butner.  In a letter to this Court dated

23  May 13, 2014, the Complex Warden at the FMC Butner indicated that the facility had completed

24  its treatment of Mr. Ornelas-Maldonado.  As of May 29, 2014, Mr. Ornelas-Maldonado is still

25  housed at the FMC Butner.  The U.S. Marshals Service in Fresno has confirmed that it has not

26  yet received notification to transfer Mr. Ornelas-Maldonado back to Fresno, and once it receives

27  notification it can take up to four weeks to return Mr. Ornelas-Maldonado to Fresno.

28  Accordingly, the parties request that Mr. Ornelas-Maldonado's next court date be continued until

-1-

**July 21, 2014**  to allow time for him to be returned to Fresno and to meet with counsel upon his return.  The requested continuance will conserve time and resources for both counsel and the court.

All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(F), (h)(4), (h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 29, 2014          By:    */s/ Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 29, 2014          By:    */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
MARTIN ORNELAS-MALDONADO

**O R D E R**

IT IS SO ORDERED.

Dated:   May 29, 2014

_____
SENIOR  DISTRICT  JUDGE