HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN ORNELAS-MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0275 AWI |
| *Plaintiff,* | STIPULATION TO ADVANCE STATUS CONFERENCE;  ORDER |
| vs. | |
| MARTIN ORNELAS-MALDONADO, | DATE: July 28, 2014<br>TIME:   10:00 a.m. |
| *Defendant.* | JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Ornelas-Maldonado, that the status conference set for September 2, 2014 **may be advanced and rescheduled to July 28, 2014 at 10:00 a.m.** for a change of plea before the Honorable Anthony W. Ishii.

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea July 28, 2014.

Ornelas-Maldonado Stipulation and Order

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 23, 2014            By:     */s/ Mia A. Giacomazzi*
                                        MIA A. GIACOMAZZI
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 23, 2014            By:     */s/ Peggy Sasso*
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        MARTIN ORNELAS-MALDONADO


**O R D E R**

IT IS SO ORDERED.

Dated:  July 23, 2014           _____
                                SENIOR DISTRICT JUDGE

Ornelas-Maldonado Stipulation and Order